No. 89–761. RICE v. OHIO DEPARTMENT OF TRANSPORTATION ET AL. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Rutan* v. *Republican Party of Ill.*, ante, p. 62.

No. 89–936. INF, LTD. v. SPECTRO ALLOYS CORP. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Maislin Industries, U. S., Inc.* v. *Primary Steel, Inc.*, ante, p. 116.

No. 89–944. GEORGIA v. STEWART ET UX. Ct. App. Ga. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Illinois* v. *Rodriguez*, ante, p. 177. JUSTICE STEVENS dissents.

No. 89–1575. VASTOLA ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Ojeda Rios*, 495 U. S. 257 (1990).

No. 89–5849. MESSER ET AL. v. CURCI ET AL. C. A. 6th Cir. Motion of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Rutan* v. *Republican Party of Ill.*, ante, p. 62.

No. A–850 (89–1947). GRAHAM v. WERNZ. Sup. Ct. Minn. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. D–868. IN RE DISBARMENT OF MOLONY. Disbarment entered. [For earlier order herein, see 494 U. S. 1002.]